**Order entered July 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01445-CR

### LAKEISHA SHANTA HILL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63003-Q**

## ORDER

The Court **REINSTATES** the appeal.

On June 30, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 16, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the June 30, 2015 order requiring findings.

We **GRANT** the July 16, 2015 motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      LANA MYERS
        JUSTICE